UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:24-cv-00129-WWB-DCI

HOWARD COHAN,

     Plaintiff,

vs.


CHIPOTLE MEXICAN GRILL OF COLORADO, LLC
a Foreign Limited Liability Company
d/b/a CHIPOTLE MEXICAN GRILL

     Defendant(s).

_____/

## NOTICE OF SETTLEMENT

The Plaintiff, HOWARD COHAN and the Defendant, CHIPOTLE MEXICAN GRILL OF COLORADO, LLC, a Foreign Limited Liability Company, d/b/a CHIPOTLE MEXICAN GRILL, (the Parties) by and through their undersigned counsel, hereby notify the Court that the instant action has settled. Accordingly, the Parties expect to file a stipulation of dismissal within thirty (30) days and should not be required to file any further responses, motions, and/or pleadings.

     RESPECTFULLY SUBMITTED March 21, 2024.

By: **/s/ Gregory S. Sconzo**          By: **/s/ Gary R. Kessler**
Gregory S. Sconzo, Esq.                Gary R. Kessler
Florida Bar No.: 0105553             Attorney for Defendant
Sconzo Law Office, P.A.              CHIPOTLE MEXICAN GRILL OF

3825 PGA Boulevard, Suite 207
Palm Beach Gardens, FL 33410
Telephone: (561) 729-0940
Facsimile: (561) 491-9459
Email: greg@sconzolawoffice.com
Email: alexa@sconzolawoffice.com
Attorney for Plaintiff

COLORADO, LLC
Gary R. Kessler, Esq.
Florida Bar No. 232777
MARTENSON, HASBROUCK &
SIMON LLP
2573 Apple Valley Road NE
Atlanta, GA 30319
Telephone: 404-909-8100
Email: gkessler@martensonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 21, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

_/s/ Gregory S. Sconzo_
**Gregory S. Sconzo, Esq.**

2