**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

HOWARD COHAN,

      Plaintiff,

v.                                                                   Case No.: 6:24-cv-129-WWB-DCI

CHIPOTLE MEXICAN GRILL OF
COLORADO, LLC,

      Defendant.

_____

## <u>ORDER</u>

The Court has been advised by the parties' Notice of Settlement that the above-styled action has been completely settled.  (Doc. 13 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.  The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on March 22, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record